# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.           Crim. No. 5:09-CR-113-1BO

STEPHANIE EVANS

On Wednesday, October 21, 2009, the above named was placed on probation for a period of 36 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,          Respectfully submitted,

/s/Jeffrey L. Keller          /s/Michael C. Brittain  
Jeffrey L. Keller          Michael C. Brittain  
Supervising U.S. Probation Officer          Senior U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _10_ day of _January_, 2012.

Terrence W. Boyle  
U.S. District Judge